UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HUNT'S PLUMBING & MECHANICAL, LLC, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C19-0285JLR<br><br>ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION |

Before the court is Plaintiff Mid-Century Insurance Company's ("Mid-Century") complaint. (Compl. (Dkt. # 1).) Having reviewed Mid-Century's complaint, the court finds that Mid-Century has failed to allege an adequate basis for subject matter jurisdiction over this action. The court therefore orders Mid-Century within seven days of the date of this order to serve and file a submission providing the following information:

//

ORDER - 1

1        Mid-Century asserts that the court's jurisdiction is based on diversity of citizenship. (Compl. ¶ 1.7.) For purposes of assessing diversity jurisdiction, the court must consider the domicile of all members of a limited liability company. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006); *see also* Local Rules W.D. Wash. LCR 8(a). Mid-Century alleges that Defendant Hunt's Plumbing & Mechanical, LLC ("Hunt's Plumbing") is a limited liability company with its principal place of business in Washington State. (Compl. ¶ 1.2.) Mid-Century also alleges that Defendants Jason Hunt and Sari Hunt are residents of Washington and "part-owner[s]" of Hunt's Plumbing. (*Id.* ¶¶ 1.4-1.5.) However, Mid-Century fails to allege the domicile of all other members of Hunt's Plumbing, if any. Absent allegations of the domicile of all of Hunt's Plumbing's members, the court cannot confirm that Mid-Century has properly invoked this court's subject matter jurisdiction on the basis of the parties' diversity of citizenship.

       Accordingly, the court ORDERS Mid-Century to show cause why this case should not be dismissed for lack of subject matter jurisdiction. If Mid-Century fails to provide the court with the information described above within seven days of the date of this order, the case will be dismissed without prejudice. Any Defendant who appears in this

//
//
//
//
//

proceeding prior to the foregoing deadline, may, but is not required to, respond to the court's order to show cause within the same timeframe.

Dated this 18th day of March, 2019.

The Honorable James L. Robart
U.S. District Court Judge